Ex. A

# Re: Transfer Request

From cameronlacroix@proton.me <cameronlacroix@proton.me>

To aarena@thehamiltoncompany.com

CC anelson@thehamiltoncompany.com

Date Thursday, June 4th, 2026 at 10:54 PM

FILED
IN CLERKS OFFICE
2026 OCT -5 A 11:14
U.S. DISTRICT COURT
DISTRICT OF MASS.

Hi Alara & Mark,

I sent several emails earlier this year and stopped by the Office a couple of times to voice safety concerns I had with some neighbors on the property.

Would your office be willing to allow me to transfer into a similar unit on the property to alleviate the issues with neighbors? I was awarded up to 7k in funds through raft and I did see that a studio very similar to mine will be open (274 #5). If I could move into that location it would help me get away from the individuals who've made threats.

Lastly, I am aware of the unpaid rent and the issues I have been suffering from are directly related to the balance. Once I get a plan in place I will work on taking care of that. I've never missed a payment in my life and these were extraordinary circumstances.

Please let me know, thanks.

Thanks
Cameron Lacroix
617-539-6662

------- Original Message -------
On Tuesday, 03/10/26 at 15:11 Cameron Lacroix < > wrote:

Hello can I have an update on this?

I've CC'd Newton Police as a courtesy as I've had my apartment broken into 3+ times since moving to 270 Grove St. I firmly believe covert agents are entering my unit on purpose to either send a message or plant evidence/claim they found something. This is absurd and will voluntarily terminate my lease.

Thank you,
Cameron Lacroix
617-539-6662

On Sunday, March 1st, 2026 at 12:40 AM, Cameron Lacroix < > wrote:

Hello Hamilton Company,

I reached out a week ago and have added CC'd others in case I have sent this request to the wrong email address. I have had an extremely negative experience living at Woodland Park and would like a penalty free

opportunity to exit my lease or transfer to another nearby property. I also visited the Brookline Office about 1 month ago to report this in person.

There are literally half a dozen plus federal law enforcement officers residing on this property and I have came home to find my back door ajar THREE times. I even changed out the entire locking mechanism only to find it opened up the third time, things inside turned sideways, and a dead mouse placed on my window near my dedicated rear door. It is doubtful that a mouse would have died on on window given I am three stories up and have never found a single mouse in my building (plus 270 is far from the dumpster).

I formally reported the matter to Newton Police yesterday (2/28) in the event I am a victim of a home invasion. Even worse, I was hospitalized back on the 12th after the ongoing harassment & stress encouraged a mini-stroke. Please let me know how this can be rectified.

Thank you,
Cameron Lacroix
On Monday, February 23rd, 2026 at 10:44 AM, Cameron Lacroix < > wrote:

> Hi Al
>
> I stopped by the office ssveral weeks back and asked if I had asked if i could transfer to another Hamilton property due to issues with specific tenants at Woodland Park. The tenants are covett members of federal law enforcement associated with DEA & FBI who I am suing in federal court under the case title Lacroix v. Leatherman (these are some of them - 270 Grove St Apt 2, 272 Grove St Apt 5, 274 Grove St Apt 4).
>
> Since that time I have came home and found my locked door wide open with things moved around. I've also found a dead mouse placed only on my windowsill which appeared intentional.
>
> I saw that there was a 1br unit in Needham in the $2300 range which looks like a good fit. Could you help me facilitate this or point me to the right person?
>
> Thanks, sorry to be a bother but its hard to feel safe and secure with people like this around.
>
> Cameron lacroix
> 617-539-6662