UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2026 OCT -5 A 11: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

CAMERON LACROIX
Plaintiff(s),

v.

WOODLAND PARK PARTNERS, LLC,
THE HAMILTON COMPANY, INC.
Defendant(s).

Case No.

## MOTION FOR PERMISSION FOR ELECTRONIC FILING

As the ☑ Plaintiff ☐ Defendant, in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 83.5.5(d) and the e-filing instructions on the Court's website:
2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail and not by U.S. mail.
3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper but will continue to receive documents via e-mail.
4. I understand that I may not e-file on behalf of any other person in this or any other case, and e-filing is allowed in this case only.
5. I understand that I must regularly review my email for notices of activity in my case.
6. I understand that court staff are not permitted to provide legal advice, interpret orders, or advise as to the timing of the issuance of orders.
7. I affirm that I have regular access to the equipment necessary to e-file successfully.
8. I understand that PDF format is the only electronic format in which documents can be e-filed.

Name: CAMERON LACROIX
Address: PO BOX 620144, NEWTON, MA, 02462
Phone No.: 617-539-6662
Email Address: cameronlacroix@proton.me

Date: 10/04/2026

Signature: CL