US District

~~MA Salem~~ District Court

| | |
|---|---|
| **CAMERON LACROIX**<br>Plaintiff/Petitioner<br>vs.<br>**WOODLAND PARK PARTNERS, LLC ; THE HAMILTON COMPANY, INC.**<br>Defendant/Respondent | Case No.: **1:26-cv-14516-DJC**<br>DECLARATION OF SERVICE OF<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT** |

FILED IN CLERKS OFFICE 2026 OCT -8 P 4:00 U.S. DISTRICT COURT DISTRICT OF MASS.

Received by **Elvis Idada**, on the **6th day of October, 2026 at 1:22 PM** to be served upon **HAVE D. BROWN** at **39 BRIGHTON MA, Allston, Suffolk County, MA 02134**.
On the **7th day of October, 2026 at 4:55 PM**, I, **Elvis Idada**, **SERVED HAVE D. BROWN** at **39 BRIGHTON MA, Allston, Suffolk County, MA 02134** in the manner indicated below:

**SUBSTITUTE SERVICE**, by personally leaving **1** copy(ies) of the above-listed documents at his/her usual place of abode with **Rachelle Carter**, who is 15 years of age or older, a person residing therein of who confirmed the Defendant resides at the above address and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Rachelle Carter who identified themselves as the co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'8"-5'10" tall and weighing 140-160 lbs.**

Service Fee Total: **$135.00**

I am over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

| NAME: | [signature] | PMI2:50 | 10/07/2026 |
|---|---|---|---|
| | Elvis Idada | Server ID # | Date |

USMS Screened