COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

UNITED STATES DISTRICT COURT
DOCKET NO. 1:26-CV-14516-DJC

CAMERON LACROIX,

Plaintiff,

v.

WOODLAND PARK PARTNERS, LLC, and THE HAMILTON COMPANY, INC.,

Defendants.

**MOTION OF THE DEFENDANTS, WOODLAND PARK PARTNERS, LLC, AND THE HAMILTON COMPANY, INC., TO DISMISS THE PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(6) AND FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c)**

The defendants, Woodland Park Partners, LLC and The Hamilton Company, Inc., hereinafter referred to as the ("Landlord", Management Agent" and collectively the "Defendants"), move: (a) to dismiss the Plaintiff's complaint in this action pursuant to Fed R. Civ. P. 12(b)(1) and 12(b)(6); and (b) for judgment on the pleadings pursuant to Fed. R Civ. P. 12(c).

The Defendants state that the court lacks subject matter jurisdiction over the state claims and/or the state claims are subject to dismissal pursuant to 28 U.S.C. §1367(a) and (c).

The Defendants move to dismiss the purported Fair Housing Act claim, pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. In the

alternative, the Defendants request that judgment enter on the pleadings for the Defendants with respect to the purported Fair Housing Act claim set out in paragraphs 82 – 84 of the complaint.

In support of their motion, the Defendants submit a memorandum in support thereof as required by Local Rule 7.1(b)(1).

WOODLAND PARK PARTNERS, LLC,
AND THE HAMILTON COMPANY, INC
By its attorney,

__*/Mary Winstanley O'Connor/*_____________

Mary Winstanley O'Connor, Esq.
Krattenmaker O'Connor & Ingber P.C.
One McKinley Square, 5th Floor
Boston, MA 02109
moconnor@koilaw.com
(617) 523-1010
(BBO NO. 541708)

Dated: October 22, 2026